1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   sshah@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11 | DIRECTV, INC., a California corporation, | CASE NO. CV-04-3819 EDL |
12 | Plaintiff, | Hon. Elizabeth D. Laporte |
13 | vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT PAUL TAN; [~~PROPOSED~~] ORDER THEREON** |
14 | PAUL TAN, | |
15 | Defendant. | |

            Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV")
hereby respectfully requests that the Court enter an Order dismissing the above-captioned action
with prejudice as to Defendant PAUL TAN ("Defendant").  This request is made on the grounds
that Defendant and DIRECTV have entered into an agreement settling this matter.  Pursuant to
the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against
Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

            Defendant answered the Complaint on or about October 20, 2004.  DIRECTV,
therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court
order.  Fed. R. Civ. P. 41(a).  Accordingly, DIRECTV respectfully requests the entry of such an
order dismissing Defendant with prejudice.

///

1  Defendant PAUL TAN is the last remaining active Defendant in this action.  This
2  entire action as to all remaining claims is therefore terminated in full.

3  DATED: May 25, 2005                    Respectfully Submitted,

4                                          BUCHALTER, NEMER, FIELDS & YOUNGER
                                           A Professional Corporation
5

6
                                           By: _____/s/Sandeep J. Shah_____
7                                                       Sandeep J. Shah
                                                Attorneys for Plaintiff DIRECTV, Inc.
8

9                                          **ORDER**

10  Having read the foregoing Request for Voluntary Dismissal of Defendant PAUL
11  TAN filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate
12  by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:
13        1.   This action is hereby dismissed with prejudice as against Defendant PAUL TAN;
14        2.   Each party shall bear its own attorney's fees and costs incurred in this action to
15  date; and
16        3.   As Defendant TAN is the last remaining active Defendant in this action, this entire
17  action as to all remaining claims is hereby terminated in full.

18

19  DATED:__May 27, 2005_____        _____
                                           Honorable Elizabeth D. Laporte
20                                         United States District Court
                                           Northern District of California
21

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

BNFY 557357v1                            -2-                           (CV-04-3819 EDL)
**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT PAUL TAN;
[PROPOSED] ORDER THEREON**